UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/2/2025___

United States of America,

                              Plaintiff(s),

                -against-                              25-CR-212 (MMG)

Brent Cranmer,                                       **ORDER**

                              Defendant(s).

MARGARET M. GARNETT, United States District Judge:

        Sentencing in this matter is hereby adjourned to January 16, 2026, at 12:00 p.m. in

Courtroom 906, 40 Foley Square, New York, NY 10007. The defense submissions are due by

January 2, 2026; the government's submissions are due by January 9, 2026.

Dated:  December 2, 2025
        New York, New York

                                        SO ORDERED.


                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge