# LARSON

| **Larson LLP** | 555 South Flower Street, 30th Floor | P 213.436.4888 |
| larsonllp.com | Los Angeles, CA 90071 | F 213.623.2000 |

Hilary Potashner
Direct: 213.205.2750
hpotashner@larsonllp.com

GRANTED. Pretrial Services is hereby ordered to return Mr. Cranmer's passport. SO ORDERED.

Dated: March 24, 2026

March 23, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Brent Cranmer*, 25 CR 212-01 (MMG) – Request to Return Passport

To The Honorable Margaret M. Garnett,

We write on behalf of Brent Cranmer to respectfully request an order directing the United States Pretrial Services Office for this District ("Pretrial Services") to return Mr. Cranmer's passport.

On May 23, 2025, Mr. Cranmer made his initial appearance before the Court. He was ordered released on a $25,000 personal recognizance bond and placed under the supervision of Pretrial Services. He was also ordered to surrender his United States passport and other travel documents to Pretrial Services, which he did.

On January 16, 2026, Mr. Cranmer was sentenced to time served and one year of supervised release in the above-referenced matter, with three months of home confinement with electronic location monitoring to be served within the first six months of supervision. *See* ECF No. 52. There is no condition of supervision prohibiting Mr. Cranmer from possessing a passport.

Pretrial Services has advised that it may return Mr. Cranmer's passport only pursuant to a court order. Because Mr. Cranmer complied with all pretrial orders of this Court, was sentenced, and

has completed his term of incarceration, he requests an order from the Court directing Pretrial Services to return his United States passport to him.  The Government does not object to this request.

Respectfully submitted,

Hilary Potashner
*hpotashner@larsonllp.com*
Georgina Wakefield
*gwakefield@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

cc:    All counsel of record (by ECF)

LARSON  |  **Larson LLP**
larsonllp.com